IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID SCOTT GAFFORD, #203620, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:15-CV-581-WKW ) [WO] ) |
| COMMISSIONER J. DUNN, | ) ) |
| Defendant. | ) |

## **ORDER**

On November 16, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Based upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 4) is ADOPTED; and

(2) Plaintiff David Scott Gafford's action is DISMISSED with prejudice prior to service of process in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

A final judgment will be entered separately.

DONE this 23rd day of December, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE